IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | | Case No. 5:11 CR 536 |
| ) | | |
| Plaintiff, ) | | JUDGE DONALD C. NUGENT |
| -vs- ) | | |
| ) | | MEMORANDUM OPINION |
| VIRGIL HILL, ) | | AND ORDER |
| ) | | |
| Defendant. ) | | |

This case is before the Court on Defendant, Virgil Hill's Motion for Modification or Reduction of Sentence Pursuant to 18 U.S.C. §3582(c)(2). (ECF# 605). Mr. Hill argues that his sentence should be modified due to changes to the base offense level for drug offenses found withing Amendment 782 to the United States Sentencing Guidelines, effective retroactively as of November 1, 2014. Mr. Hill is not eligible for any reduction under Amendment 782 because he was not sentenced under the Guidelines. Rather, in accordance with his plea agreement, he was sentenced to the mandatory minimum statutory sentence of two hundred and forty months. (ECF #352, 515). Because the guidelines changes do not affect his sentence, Mr. Hill's motion is DENIED.  IT IS SO ORDERED.

   /s/ Donald C. Nugent
   Donald C. Nugent
   United States District Judge

Date: February 26, 2018